**FILED**
Lucinda B. Rauback, Clerk
United States Bankruptcy Court
Savannah, Georgia
By ledenfield at 11:01 am, Oct 23, 2015

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| IN RE:<br>CARRON D. WILLIAMS<br>DEBTOR | CHAPTER 13<br>CASE NUMBER 13-60679-EJC |

### ORDER ON MOTION TO ALLOW LATE CLAIM OF THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., c/o Ocwen Loan Servicing, LLC

Debtor's Motion to Allow Late Claim of THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., c/o Ocwen Loan Servicing, LLC having been read and considered and it appearing to the Court that THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., c/o Ocwen Loan Servicing, LLC having been served with said Motion and no objections having been filed, Debtor's Motion is hereby granted; and

IT IS HEREBY ORDERED that the Claim of THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A., c/o Ocwen Loan Servicing, LLC, specifically claim #14, for a mortgage loan in the amount of $52,968.24, which consists of $1,606.29 in arrearage, is allowed. Said claim to be paid pursuant to Debtor's confirmed plan. *Extend plan as needed to pay claim.*

This 21st day of October, 2015.

Edward J. Coleman, III, Judge
United States Bankruptcy Court
Southern District of Georgia

Presented by:
s/Angela McElroy-Magruder
Angela McElroy-Magruder
Claeys, McElroy-Magruder & Kitchens
Georgia Bar No. 113625
Attorney for Debtor
512 Telfair Street
Augusta, Georgia 30901
(706) 724-6000

*No opposition;*

Jeff Narmore, For The Chapter 13 Trustee
GA Bar #412079

#036